UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER JORDAN TORRES,<br><br>  Plaintiff,<br><br>v.<br><br>SAN DIEGO COUNTY et al.,<br><br>  Defendants. | Case No.: 19-CV-2182-CAB-RBB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

This matter comes before the Court upon review of Plaintiff's latest response to the Court's order to show cause. [Doc. No. 40.] In his response, Plaintiff claims repeated attempts to serve Defendant San Diego Police Department ("SDPD") have been unsuccessful. Plaintiff again states he resorted to serve SDPD via mail. The Court laid out Plaintiff's options to effectuate proper service in its latest order to show cause. [Doc. No. 39.] Upon review, Plaintiff has again failed to effectuate proper service. Accordingly, after allowing Plaintiff repeated attempts to show cause and effect service, it is hereby **ORDERED** that this case is **DISMISSED without prejudice**.

It is **SO ORDERED**.

Dated: September 16, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge